■ In the Matter of PHILIP R. SIMS, Petitioner, v SARA SHELDON SPERRAZZA, as Niagara County Court Judge, et al., Respondents. [800 NYS2d 486]—Motion for reargument denied. Memorandum: Effective January 1, 2000, section 168-d (3) of the Correction Law was amended to provide that a judicial determination pursuant to the Sex Offender Registration Act is appealable. Thus, *People v Cash* (242 AD2d 976 [1997]) is no longer applicable. Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Smith and Pine, JJ.

■ MICHELE WETZLER et al., as Parents and Natural Guardians of NICHOLAS C. WETZLER, an Infant, Respondents, v SISTERS OF CHARITY HOSPITAL et al., Appellants. [797 NYS2d 327]—Motion for reargument granted and, upon reargument, the memorandum and order entered April 29, 2005 (17 AD3d 1088 [2005]), is amended by deleting the second and third sentences of the last paragraph of the memorandum. Present—Green, J.P., Hurlbutt, Kehoe, Smith and Hayes, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT BUSH, Appellant. [797 NYS2d 349]—Motion to dismiss appeal granted. Memorandum: Appeal unanimously dismissed and matter remitted to Ontario County Court to vacate the judgment of conviction and dismiss the indictment (*see People v Matteson*, 75 NY2d 745 [1989]). Present—Pigott, Jr., P.J., Green, Pine, Lawton and Hayes, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN J. DANIELS, Appellant. [797 NYS2d 350]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Orleans County Court, James P. Punch, J.—Attempted Burglary, Third Degree). Present—Pigott, Jr., P.J., Green, Scudder, Martoche and Lawton, JJ.

■ THE PEOPLE OF STATE OF NEW YORK ex rel. JAMES DAVIS, Appellant, v WARREN D. BARKLEY, as Superintendent of Cape Vincent Correctional Facility, Respondent. [797 NYS2d 350]—Judgment unanimously affirmed without costs. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Jefferson County, Hugh A. Gilbert, J.—Habeas Corpus). Present—Pigott, Jr., P.J., Green, Scudder, Martoche and Lawton, JJ.